**Opinion issued January 22, 2024**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-24-00052-CV

———————————

### IN RE NISSAN NORTH AMERICA, INC., Relator

———————————

### Original Proceeding on Petition for Writ of Mandamus

———————————

## MEMORANDUM OPINION

Relator Nissan North America, Inc. filed a petition for writ of mandamus, challenging the trial court's January 8, 2024 order compelling production of net worth discovery.[1]

The petition is denied. *See* TEX. R. APP. P. 52.8.

---

[1] The underlying case is *Deana A. Rios, Individually, as Independent Administrator of the Estate of Adam A. Rios, Deceased, as Next Friend of A.R. and E. R., Minor Children, and on Behalf of All Wrongful Death Beneficiaries of Adam Rios*, cause number 2022-28405, pending in the 61st District Court of Harris County, Texas, the Honorable Fredericka Phillips presiding.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Landau and Rivas-Molloy.